450

8—1(c)(3)). We, therefore, reduce the sentence to a minimum of 20 months and a maximum of five years. The judgment of the circuit court is affirmed as modified.

Judgment affirmed as modified.

BURKE, P. J., and GOLDBERG, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROBERT HARRIS, Petitioner-Appellant.

(No. 57353;

First District (2nd Division)—September 11, 1973.

PER CURIAM.

STAMOS, P. J., took no part.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.